MAX M. HIRSON, as Receiver of Tobacco Products Corporation of
Delaware, Appellant, v. UNITED STORES CORPORATION et al.,
Respondents, Impleaded with Others.

Argued June 3, 1942; decided July 29, 1942.

*Meyer Kraushaar*, *Milton C. Weisman* and *Arthur Sheinberg* for appellant.

*William Piel, Jr.*, *Inzer B. Wyatt* and *Roy H. Steyer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.